AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Northern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>CURTIS LEE WOODS JR.<br><br>*Defendant(s)* | Case No. 1:19 mj44 GRJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 29, 2019__ in the county of __Alachua__ in the __Northern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18USC922(g)(1) | Possession of a Firearm by Convicted Felon |

FILED USDC FLND GV
SEP 3, 19 PM2:47

KM

This criminal complaint is based on these facts:

See attached affidavit of ATF Special Agent Justin Mace, which is incorporated herein by reference.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent Justin Mace, ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date: Sept. 3, 2019

_____
*Judge's signature*

City and state: Gainesville, Florida

Gary R. Jones, United States Magistrate Judge
*Printed name and title*