STATE OF FLORIDA                                                    CASE NO. 1:19 mj44 GRJ

COUNTY OF ALACHUA

## AFFIDAVIT FOR CRIMINAL COMPLAINT

1.      I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), and have been so employed for 11 years. Prior to being an ATF agent, I was a District Security Officer for the United States Marshal Service and a Juvenile Correctional Officer for the State of West Virginia. I also served in the United States Army as an Enlisted and Commissioned Officer. I served in combat deployments in Iraq and Afghanistan. I currently hold the Rank of Captain and serve as a "Medevac" Blackhawk Pilot in the Army Reserves.

2.      I am currently assigned to the ATF Tampa Field Division, Gainesville Satellite Office. My responsibilities as a Special Agent include, among other things, conducting investigations involving violations of Titles 18, 21 and 26 of the United States Code. As a Special Agent I have investigated violations of federal firearms and narcotics laws and have helped execute numerous arrest and search warrants.

3.      I have attended the Federal Law Enforcement Training Center (FLETC) in Glynco, Georgia, where I received instructions in the recognition, identification, and prosecution of violations of federal laws.

4.      I have written this affidavit to show that there is probable cause to support a criminal complaint against Curtis Woods Jr. Because this affidavit is made for the sole purpose of providing probable cause to support a complaint, I have not included every detail of my investigation, but only those facts necessary to establish probable cause to believe Woods has



1

violated 18 U.S.C. 922(g)(1) by possessing a firearm and being a previously convicted felon convicted of a crime that was punishable by imprisonment for more than one year.

5.   The statements made in this Affidavit are based, in part, on my personal knowledge, and other information furnished to me through discussions with other persons including deputies from the Alachua County Sheriff's Office (ASO) and the Gainesville Police Department (GPD).  This affidavit is intended to show only that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

## PROBABLE CAUSE

6.   On July 21, 2019 ASO Deputies were dispatched to 6133 SW 10th PL, Gainesville, FL in reference to shots being fired.  When Officers arrived they were met by Horace Hicks.  Hicks advised that a black male known to him as "Whoa" had driven up to his residence and fired three shots at him from a Burgundy SUV.  The vehicle was driven by a female known to the witness as Sylvia.  Hicks advised that he was seated in the front driver's seat of a vehicle bearing tag number Z203LG.  Hicks advised that once Whoa started shooting he dropped to the ground and crawled to the back of his vehicle.  Hicks described Whoa to ASO deputies and advised he had just gotten out of prison.  Hicks pointed out Whoa from a Facebook profile "Rico Swavai".  This photo was sent to ASO deputies which identified Whoa as Curtis Lee Woods Jr.  A photo lineup was compiled and presented to Hicks.  Hicks immediately identified Curtis Lee Woods as the same suspect that had fired shots at him.

7.   ASO Forensic units were called to process the scene.  There were bullet jackets that were located in the trash can in front of the driver side door.  There was an entry hole but no exit hole in the trash can.  There was also a bullet jacket that was located behind the front left tire

of Hick's vehicle. There was also what appeared to be bullet impacts on the wall located behind the passenger side of the vehicle.

8. A witness Frankie Velez stated to ASO Deputies that he observed a burgundy vehicle drive up to the location and fire 3 shots towards 6113 SW 10th Pl. Velez stated the firearm was fired from inside the vehicle. Velez described the shooter as a 20-25 year old black male with short hair.

9. While ASO was conducting the investigation Hicks stated that he had also been shot at on July 20, 2019 by Whoa. Hicks stated that he believed Whoa was trying to kill him due to a recent feud with one of his friends. Hicks stated that on July 20, 2019 Whoa shot at his white Buick sedan with a handgun and struck the rear window. The location of this incident was 1300 SE 23rd Ave Gainesville, FL. Officers observed that Hicks's rear window had been knocked out. Officers observed this in Hicks's rear seat area. Due to the second shooting being located in the city GPD was notified and followed up on that shooting. For a more detailed account of this incident please see ASO report ASO 19OFF006856.

10. I reviewed the GPD Reports and the following facts were stated. While investigating the Horace Hicks's attempted murder it was learned that Curtis Woods had fired shots at Hicks's on two consecutive days. GPD Officers interviewed Hicks and he stated that on July 20, 2019 he was confronted by Whoa in the city of Gainesville. Hicks stated to GPD that he was leaving work when he noticed a small burgundy SUV driving in front of him. Hicks stated that Whoa is known to drive that SUV. Hicks advised that Whoa is involved in an ongoing dispute with Mario Lamar whom he is friends with. Hicks stated that he pulled up next to the SUV and opened his driver's door. Hicks advised that Whoa exited the driver's seat of the SUV. Hicks advised he yelled to Whoa, "What's your beef with Lamar?" Hicks advised that Whoa

pulled out a handgun and started to run towards him. Hicks stated that he quickly ducked his head and accelerated his car. Hicks advised he heard a gunshot and noticed the back window of his vehicle was shot out as he was driving away. Hicks advised he did not contact LEO until the second shooting because he did not want to get Whoa in trouble. Hicks advised that after the second shooting he wanted to document the shooting from the day prior. For a more detailed account of this incident please see GPD report 02-19-011955.

11.     On July 28, 2019 GPD Officers responded to another incident involving a firearm and a death threat by Curtis Woods Jr. GPD Officers responded to 1600 SE 4th St Gainesville, FL and spoke with victim Andre King. King advised that he was engaged in a verbal argument with his ex-girlfriend. King advised he then saw his ex-girlfriend and a man pull up in her vehicle as he was walking to the store on the 1600 block of SE 4th St. King advised that the man exited the vehicle and pointed a black and grey semiautomatic handgun at him. The man then told King "Nigga I'll kill you!" while pointing the handgun at King. The man then struck King in the upper left side of his face with the butt of the firearm. King stated the man again pointed the gun at him stating again that he would kill him. King identified Curtis Woods out of a 6 person photo lineup as the man that pointed a gun and threatened him. King refused to sign the photo lineup due to fear of retaliation from Woods.

12.     Due to the multiple firearms incidents a warrant was issued for Curtis Woods. I was made aware of the multiple firearms incidents by ASO and GPD officers. On July 29, 2019 officers were attempting to execute an arrest warrant for Curtis Woods for attempted murder of Horace Hicks, possession of a firearm by a convicted felon, and discharging a firearm from a vehicle. Officers received information that Woods was staying at Motel 6 located at 7413 West Newberry Road. Officers conducted surveillance of the hotel and determined that Woods was

staying in room 233. Officers wearing vests identifying themselves as Sheriff and US Marshals attempted to make contact with Woods. Woods fled on foot and ignored commands by law enforcement to stop.

13. While officers were chasing Woods he ran to an approximately 15 foot concrete wall. As officers approached they observed Curtis Woods throw an object over the wall. Woods them attempted to throw other items over the wall. Woods did not comply with Officers as they attempted to arrest him. Officer immediately searched the area Woods was observed throwing items to. Officers recovered a loaded black and grey Smith and Wesson semiautomatic handgun from the area Woods threw an object. The firearm was loaded with a round in the chamber and additional rounds in the magazine. Woods refused to speak with Officer Post Miranda.

14. I was made aware of the multiple firearms related cases involving Curtis Woods in a short timeframe. I drove to ASO and spoke with the evidence section. I learned that fingerprints of value had been lifted from the firearm. I requested a comparison be made between the fingerprint found on the firearm in ASO property and Defendant Curtis Woods Jr. I was notified that Latent Print Examiner John Swartz made a positive identification from the firearm recovered during the arrest of Curtis Woods Jr. The results of the comparison was Lift number 3 from the top area of the slide resulted in a positive match to right palm of Curtis Lee Woods Jr.

15. I have received certified copies of prior felony convictions for Curtis Lee Woods to include 2009 Alachua County Aggravated Battery with a Deadly Weapon and Robbery with a Deadly Weapon, 2014 Alachua County Aggravated Assault with a Deadly Weapon, Possession of Firearm by a Convicted Felon, 2016 Alachua County Possession of a Firearm by a Convicted Felon, and False Imprisonment.

16. The Smith & Wesson pistol was manufactured outside of the State of Florida and recovered within the State of Florida, thus it has travelled in and affected interstate commerce.

17. Based on the foregoing, I respectfully submit that there is probable cause that the defendant, CURTIS LEE WOODS Jr., unlawfully possessed a firearm and ammunition, in violation of Title 18, United States Code, Section § 922(g)(1).

_____
Justin B. Mace, Special Agent
Bureau of Alcohol, Tobacco, Firearms, and Explosives

Sworn to and subscribed before me this 3rd day of September 2019.

_____
The Honorable Gary R. Jones
United States Magistrate Judge
Northern District of Florida