IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.     Case No. 1:19-cr-36-AW-MAL
       1:21-cv-103-AW-MAL

CURTIS LEE WOODS JR.,

    Defendant.
_____/

## ORDER DENYING § 2255 RELIEF

Curtis Woods pleaded guilty to being a felon in possession of a firearm. He did not appeal his conviction or his 120-month sentence. He later filed a § 2255 motion, seeking to vacate the conviction. ECF No. 47. The magistrate judge issued a report and recommendation concluding no relief was warranted. ECF No. 54. Woods has filed no objection.

Having carefully considered the matter, I conclude the report and recommendation should be adopted, and I incorporate it into this order. The clerk will enter a judgment that says, "The § 2255 motion is denied on the merits." A certificate of appealability is denied. The clerk will close the file.

SO ORDERED on October 10, 2023.

                                              s/ *Allen Winsor*
                                              United States District Judge